Henry E. Gossage, Lacey, WA, for Petitioner.

Douglas Glenn Edelschick, Trial Attorney, Department of Justice, Washington, DC, for Respondent.

Before PROST, Chief Judge, WALLACH and CHEN, Circuit Judges.

## ON MOTION

## ORDER

PER CURIAM.

Henry E. Gossage moves for reconsideration of the court's May 13, 2014 order dismissing his case for failure to pay the docketing fee, failure to file the Statement Concerning Discrimination, and failure to file a brief. He also moves to consolidate this petition with his other recent cases.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are denied.

Carol A. Trufant, Oakland, CA, pro se.

Douglas Glenn Edelschick, Trial Attorney, Department of Justice, Washington, DC, for Respondent.

## ON MOTION

## ORDER

Carol A. Trufant moves to reopen her petition that was dismissed for failure to file her brief. The Department of the Air Force does not oppose. Her brief and reply brief have been filed.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's March 18, 2014 order is vacated, the court's mandate is recalled, and the petition is reinstated.

(2) Trufant's brief and reply brief are accepted for filing.

---

Carol A. TRUFANT, Petitioner,

v.

DEPARTMENT OF THE AIR FORCE, Respondent.

No. 2013–3168.

United States Court of Appeals, Federal Circuit.

June 17, 2014.

---

Bernie MORA, Petitioner–Appellant,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent–Appellee.

No. 2014–1425.

United States Court of Appeals, Federal Circuit.

June 17, 2014.